IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00649-CMA-MJW

DANIEL JOYCE, and
ROBERT LOPEZ,

Plaintiff(s),

v.

NORTH METRO TASK FORCE,
THE CITY OF NORTHGLENN, COLORADO,
THE CITY OF THORNTON, COLORADO,
JAMES NURSEY,
RUSSELL VAN HOUTEN,
JACK BELL,
DANTE CARBONE,
TIMOTHY HERSEE, and
RICHARD REIGENBORN,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Entry of Stipulation and Protective Order (docket no. 19) is GRANTED finding good cause shown. The written Stipulation and Protective Order (docket no. 19-1) is APPROVED and made an Order of Court.

Date: August 16, 2010