IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    10-CV-00649-CMA-MJW

DANIEL JOYCE and
ROBERT LOPEZ,

Plaintiffs,

v.

NORTH METRO TASK FORCE;
THE CITY OF NORTHGLENN, COLORADO;
THE CITY OF THORNTON, COLORADO;
JAMES NURSEY, CHIEF, THORNTON POLICE DEPARTMENT, in his official and individual capacities;
RUSSELL VAN HOUTEN, CHIEF, NORTHGLENN POLICE DEPARTMENT, in his official and individual capacities;
JACK BELL, in his official and individual capacities;
DANTE CARBONE, in his official and individual capacities;
TIMOTHY HERSEE, in his official and individual capacities; and
RICHARD REIGENBORN, in his official and individual capacities,

Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO
AMEND DEFENDANTS NORTH METRO TASK FORCE AND
RICHARD REIGENBORN'S ANSWER** (Docket No 2-1)

---

This matter is before the Court on Defendants North Metro Task Force and Richard Reigenborn's Unopposed Motion to Amend its Answer and, the Court being fully advised in the matters set forth therein,

It is hereby ORDERED that the motion is GRANTED, that all defendants may file amended answers containing an affirmative defense regarding the worker's compensation act and the Court deems the Amended Answer and Jury Demand for the Task Force and Reigenborn to have been filed.

Dated: August 16, 2010.

*(signature)*

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**