## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.    10-CV-00649-CMA-MJW

DANIEL JOYCE and
ROBERT LOPEZ,

Plaintiffs,

v.

NORTH METRO TASK FORCE;
THE CITY OF NORTHGLENN, COLORADO;
THE CITY OF THORNTON, COLORADO;
JAMES NURSEY, CHIEF, THORNTON POLICE DEPARTMENT, in his official and
individual capacities;
RUSSELL VAN HOUTEN, CHIEF, NORTHGLENN POLICE DEPARTMENT, in his official
and individual capacities;
JACK BELL, in his official and individual capacities;
DANTE CARBONE, in his official and individual capacities;
TIMOTHY HERSEE, in his official and individual capacities; and
RICHARD REIGENBORN, in his official and individual capacities,

Defendants.

---

### ORDER ALLOWING LIMITED WAIVER OF PRIVILEGE AND
### FOR AN *IN CAMERA* REVIEW   ( Docket No 39-1 )

This matter having come before the Court on the Stipulated Motion for Limited Waiver

of Privilege and for an *In Camera* Review, and the Court being fully advised in the premises:

It is hereby ORDERED that the motion is GRANTED.  The Defendant, the North Metro

Task Force, shall ~~submit~~ ⌐Hand Deliver to Magistrate Judge Watanabe's Chambers Room A532 within five business days of this Order, a CD of the Executive Session

conversations that deal with the *Oak Chin* investigation, the leak in the *Oak Chin* investigation

and the investigation into that leak   Within five business days the parties may prepare brief

(three pages or less) statements of their general positions to assist the Court in making a

determination.

DONE this _____ day of _____, 2011.

By: _____

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**