**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00649-CMA-MJW

DANIEL JOYCE, and
ROBERT LOPEZ,

    Plaintiffs,

v.

NORTH METRO TASK FORCE,
THE CITY OF NORTHGLENN, COLORADO,
THE CITY OF THORNTON, COLORADO,
JAMES NURSEY, CHIEF, THORNTON POLICE DEPARTMENT,
   in his official and individual capacities,
RUSSELL VAN HOUTEN, CHIEF, NORTHGLENN POLICE DEPARTMENT,
   in his official and individual capacities,
JACK BELL, in his official and individual capacities,
DANTE CARBONE, in his official and individual capacities,
TIMOTHY HERSEE, in his official and individual capacities, and
RICHARD REIGENBORN, in his official and individual capacities,

    Defendants.

---

**AMENDED ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY
JUDGMENT AND DENYING OTHER PENDING FILINGS AS MOOT**

---

    The Court hereby *sua sponte* **amends** its July 7, 2011 Order Granting Defendants' Motions for Summary Judgment and Denying Other Pending Filings as Moot. In so doing, the Court leaves unchanged the July 7, 2011 Order **except for** the Order's provision regarding costs. The Court has determined that it is appropriate to

award costs to Defendants, the prevailing parties in this action.  *See* Fed. R. Civ. P. 54(d)(1).  Therefore, in accordance with the foregoing, IT IS ORDERED THAT:

(1) Defendants the City of Northglenn, Colorado and Russell Van Houten's Motion for Summary Judgment (Doc. # 41) is GRANTED;

(2) Defendants North Metro Task Force and Richard Reigenborn's Motion for Summary Judgment (Doc. # 43) is GRANTED;

(3) Defendants the City of Thornton, Colorado, James Nursey, and Dante Carbone's Motion for Summary Judgment (Doc. # 47) is GRANTED;

(4) Defendant Timothy Hersee's Motion for Summary Judgment (Doc. # 48) is GRANTED;

(5) Defendant Jack Bell's Motion for Summary Judgment (Doc. # 49) is GRANTED;

(6) Defendants' Objection to Magistrate Judge's Order Regarding Plaintiffs' Motion for Order Compelling Production of Subpoenaed Documents and Testimony (Doc. # 127) is DENIED as moot;

(7) Defendants City of Thornton, Nursey, and Carbone's Motion *in Limine* (Doc. # 129) is DENIED as moot; and

(8) The Clerk of Court shall enter judgment in favor of Defendants. Defendants shall be awarded their costs under Fed. R. Civ. P. 54(d)(1). The parties are to bear their own attorneys' fees.

DATED:  August 5, 2011

BY THE COURT:

*/s/ Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge